Attorneys for Plaintiff(s), Gloria Barnes

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Index No.: 6:06-5260 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Sarah Simpson and Gloria Barnes,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Pfizer, Inc., et al.<br>        Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff(s), Gloria Barnes, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 9/25, 2009        By: /s/ Robert L. Salim
                              Robert L. Salim
                              LAW OFFICE OF ROBERT L. SALIM
                              1901 Texas Street
                              Natchitoches, LA 71457
                              Phone: 877.807.2924 (toll-free)
                              Fax: 318.354.1227
                              Attorneys for Plaintiff(s), Gloria Barnes

DATED: Oct. 21, 2009      By: /s/
                              DLA PIPER LLP (US)
                              1251 Avenue of the Americas
                              New York, NY 10020
                              Telephone: (212) 335-4500
                              Facsimile: (212) 335-4501
                              Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: OCT 28, 2009
                              Hon. Charles R. Breyer
                              United States District Court

-1-