Attorneys for Plaintiff(s), Sarah Simpson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Index No.: 06-5260 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Sarah Simpson,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>Pfizer, Inc., et al.<br>　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff(s), Sarah Simpson, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 9/25, 2009　　　By: _____
　　　　　　　　　　　　　　Robert L. Salim
　　　　　　　　　　　　　　LAW OFFICE OF ROBERT L. SALIM
　　　　　　　　　　　　　　1901 Texas Street
　　　　　　　　　　　　　　Natchitoches, LA 71457
　　　　　　　　　　　　　　Phone: 877.807.2924 (toll-free)
　　　　　　　　　　　　　　Fax: 318.354.1227
　　　　　　　　　　　　　　Attorneys for Plaintiff(s), Sarah Simpson

DATED: Oct. 21, 2009　　　By: _____
　　　　　　　　　　　　　　DLA PIPER LLP (US)
　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　Telephone: (212) 335-4500
　　　　　　　　　　　　　　Facsimile: (212) 335-4501
　　　　　　　　　　　　　　Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: OCT 28, 2009　　_____
　　　　　　　　　　　　Hon. Charles R. Breyer
　　　　　　　　　　　　United States District Court

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**